FILED
SUPERIOR COURT
OF GUAM

2023 AUG 17 PM 2:49

CLERK OF COURT

BY:_____

## IN THE SUPERIOR COURT OF GUAM

PEOPLE OF GUAM,         )
                                          )
                                Plaintiff,   )

                    v.                      )

CHRISTIAN BRIAN QUINATA,     )
DOB: 12/08/2001                )

                            Defendant.   )

**Criminal Case No. CF0263-19**
GPD Report Nos.: 19-12555 / 19-12557

**DECISION AND ORDER GRANTING REVOCATION OF PROBATION**

## INTRODUCTION

This matter came before the Honorable Alberto C. Lamorena, III on June 9, 2023 for a Revocation Hearing in the above-captioned matter related to Christian Brian Quinata's ("Defendant's") failure to abide by his probationary terms. Defendant was represented by Alternate Public Defender Peter Santos. The People of Guam were represented by Assistant Attorney General Heather Zona. Having duly considered the Parties' briefs and the applicable law, the Court now issues the following Decision and Order Granting Revocation of Probation.

## BACKGROUND

In August, 2020, Defendant pled guilty to two counts of Burglary to a Motor Vehicle (as a 3rd Degree Felony). See Minute Entry (8/19/2020). A judgment was entered imposing the following relevant conditions of probation:

- **LAWS:** Defendant shall obey all federal and local laws of Guam.

- **COUNSELING/TREATMENT:** Defendant shall report to Client Services and Family Counseling (CSFC) with the Superior Court of Guam for intake and assessment. Defendant shall follow all treatment recommendations including psychological evaluation, psychiatric evaluation, drug and alcohol evaluation, and individual, group, and family counseling.

- **FINE:** Defendant shall pay a fine of two hundred dollars ($200.00).

- **COMMUNITY SERVICE:** Defendant shall complete one hundred thirty-two (132) hours of community service under the direction of the Adult Probation Office.

- **COURT ORDERS:** Defendant shall comply with any court orders entered against Defendant, including orders of family court or any other local or federal court of competent jurisdiction.

- **MANDATORY REPORTING:** Defendant shall report to the Adult Probation Office once a month in person, or as ordered by the Court or the Probation Office.

See Judgment of Conviction (Sep. 21, 2020).

In September, 2021 Defendant was indicted on new charges of Theft of Property (as a 3rd Degree Felony) and Criminal Trespass (as a Misdemeanor) in CF0468-21. See First Violation Report (Sep. 27, 2021). Defendant is alleged to have broken into another's vehicle and stolen several items within. Id. These new criminal allegations substantially mirror the facts that Defendant pled guilty to in the above-captioned case.

Another violation report was filed in June, 2022, indicating that Defendant skipped several required counseling sessions at CSFC, had failed to make any progress towards paying off his

fine, and had yet to complete a single hour of community service to date. See Second Violation Report (Jun. 7, 2022).

Defendant followed up this violation report by skipping his next several court hearings, despite being summonsed to appear. See Minute Entry (Jul. 7, 2022); Minute Entry (Oct. 6, 2022). A bench warrant was issued, and Defendant remained on the run for several months thereafter. See Bench Warrant (Oct. 19, 2022). When Defendant eventually was arrested, Probation revealed that Defendant had not been reporting to Probation as ordered. See Minute Entry (May 2, 2023).

On May 3, 2023, the People filed their Motion to Revoke Defendant's Probation and Impose Jail Sentence ("Motion"). The People base their request on Defendant's repeated failures to obey both the laws of Guam and the Court's orders. See Motion (May 3, 2023). Opposing the Motion, Defendant claims he can still comply with his probation conditions if given another chance. See Opposition to Motion (May 17, 2023).

The Court held a Revocation Hearing on June 9, 2023. The parties waived oral arguments and stipulated to the Court deciding on the briefs. See Minute Entry (Jun. 9, 2023). The Court then took the matter under advisement. Id.

## DISCUSSION

Guam law specifies the procedures that the Court must follow for revocation of probation. The relevant statute, in its entirety, states as follows:

> [T]he court, if satisfied that the offender has inexcusably failed to comply with a substantial requirement imposed as a condition of the order may revoke the suspension or probation and sentence or re-sentence the offender. Violation of a condition shall not result in revocation, however, unless the court determines that revocation under all the circumstances then existing will best satisfy the ends of justice and the best interests of the public.

9 G.C.A. § 80.66(a)(2) (1980).

The process for revoking an offender's probation has been further explained by the Guam Supreme Court as follows:

> Probation revocation is a two-step process. First, the trial court must make a factual determination that a violation of probation actually has occurred. If a violation is proven, then the Court must determine if the violation warrants revocation of the probation.

*People of Guam v. Camacho*, 2009 Guam 6 ¶ 27 (internal citations omitted). To revoke a defendant's probation, evidence and facts presented to the Court must be "reasonably necessary to satisfy the judge that the probationer's conduct has not been as required by the conditions of probation." *Id.* at ¶ 30 (*citing People v. Angoco*, 1998 Guam 10).

The Court also cannot order revocation unless the offender is provided with written notice of grounds for revocation of probation. 9 G.C.A. § 80.68(a) (1980). At the hearing, the offender shall "have the right to hear and controvert the evidence against him, to offer evidence in his defense and to be represented by counsel." *Id.* Should the Court revoke an offender's probation, "it may impose on the offender any sentence that might have been imposed originally for the crime of which he was convicted." See 9 G.C.A. § 80.66(b).

It remains undisputed that Defendant was in violation of his probation conditions and that there was probable cause to support the violations. The Defendant has continually violated his probation by failing to report to the Probation Office, failing to make any progress in paying off his fines or completing his community service, failing to attend his required treatment programs, failing to comply with court orders, and failing to comply with the laws of Guam.

Having found that Defendant was in violation of his probation requirements, the next question the Court must resolve is whether "revocation under all the circumstances . . . will best satisfy the ends of justice and the best interests of the public." See 9 G.C.A. § 80.66(a)(2).

Based on a review of the record, it is clear that Defendant has exhausted the trust of the Court by continuously violating numerous conditions of his probation. Defendant's alleged criminal conduct in CF0468-21 substantially mirrors what he pled guilty to in the above-captioned matter, suggesting that Defendant has not changed his behavior at all since entering probation. Defendant has shown a continuous disregard towards following his probationary terms, as evidenced by the several violation reports he accumulated over a multi-year period.

Were probation continued, it appears unlikely that any significant progress would be made in positively altering Defendant's behavior and ensuring compliance with the Court's orders. Therefore, the court finds that revocation is in the public's best interest and satisfies the ends of justice. See 9 GCA 80.66(a)(2).

## CONCLUSION

For the reasons stated above, the Court hereby **REVOKES** the Defendant's probation in the above-captioned matter. The Defendant is hereby **SENTENCED** to **three (3) years incarceration** at the Department of Corrections, Mangilao with credit for time served. After the completion of the Defendant's sentence the Court shall close the above-captioned case.

**IT IS SO ORDERED** on this ___August 17, 2023___



**HONORABLE ALBERTO C. LAMORENA III**
**Presiding Judge, Superior Court of Guam**